IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| VERTEN DOTSON, #692310 | § | |
| VS. | § | CIVIL ACTION NO. 9:06cv182 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion to proceed *in forma pauperis* (dkt.#2). No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's motion to proceed *in forma pauperis* (dkt.#2) is **DENIED**; and

**ORDERS** Petitioner to pay the $5.00 filing fee within thirty days of receiving this Order, to proceed with this petition. Failure to pay the $5.00 filing fee within thirty days may result in dismissal of the petition.

**SIGNED** this the **29** day of **September, 2006.**

_____
Thad Heartfield
United States District Judge